US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Cheeks v. Belmar et al

**USCA#:**

**Case Number:** 4:18-CV-02091-SEP

**Plaintiff:** CLARA CHEEKS

**Defendant:** JON BELMAR, et al.

**Attorney:**
Christopher B. Bent (for pla)
111 West Port Plaza Drive
Suite 850
St. Louis, MO  63146
Ph:  314-439-0287   Fax:  314-558-2633
Email:  cbb@cbentlaw.com

**Attorney:**
See Docket Sheet

**Court Reporter(s):**
Gayle Madden
Kristine Toennies
Pamela Harrison

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid on 9/18/2024 | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**